**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael FYKES, Defendant–Appellant.**

No. 07–50040.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007.*

Filed Sept. 28, 2007.

Michael J. Raphael, Esq., William A. Crowfoot, Esq., Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Elizabeth A. Newman, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM **

Michael Fykes appeals from the imposition of an nine-month sentence following the revocation of his supervised release.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Fykes has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record.

No pro se or government brief has been filed.

When Fykes completed his sentence upon revocation of supervised release, there ceased to be a case or controversy. *See United States v. Palomba*, 182 F.3d 1121, 1123 & n. 3 (9th Cir.1999). Accordingly, we dismiss this appeal. *See Spencer v. Kemna*, 523 U.S. 1, 12–16, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Palomba*, 182 F.3d at 1123 & n. 3.

The motion to withdraw as counsel is **GRANTED.**

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

